04-CV-00896-CMP

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 16 2004   PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IMAD YANNI and MARYANN YANNI, )
                        Plaintiffs, )
                          v. ) No. C04-896L
CITY OF SEATTLE; ROBERT ) COMPLAINT FOR DAMAGES
MAHONEY; S.A. ELLIOTT, )
                        Defendants. )

Plaintiffs allege as follows:

## I. PARTIES

1.1 Plaintiff Imad Yanni is a citizen of the United States and the State of Washington and a resident of King County, Washington.

1.2 Plaintiff Maryann Yanni is a citizen of the United States and the State of Washington and a resident of King County, Washington.

1.3 Defendant Robert Mahoney is a Seattle police officer and a resident of the Western District of Washington.

COMPLAINT FOR DAMAGES - 1

ORIGINAL

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

1.4 Defendant S.A. Elliott is a Seattle police officer and a resident of the Western District of Washington.

1.5 Defendant City of Seattle is a municipal corporation organized under the laws of the State of Washington, which is located in the Western District of Washington.

## 2. JURISDICTION AND VENUE

2.1 This court has original jurisdiction over claims brought under 42 U.S.C.S. §1983 and 28 U.S.C. § 1331.

2.2 Venue is properly located in Western Washington under 28 U.S.C.S. §1391(b). The incidents complained of in this Complaint occurred in King County, Washington. Some or all of the defendants are residents of King County, Washington.

## 3. FACTUAL ALLEGATIONS

3.1 On June 12, 2002, at approximately 10 p.m., on the 1700 block of Bellevue Avenue in Seattle, Washington, plaintiff Maryann Yanni was physically seized with unnecessary and unreasonable force by defendant Robert Mahoney.

3.2 At the time of the seizure, Officer Mahoney did not have any reasonable suspicion that Mrs. Yanni had committed a crime or was about to commit a crime.

3.3 When Imad Yanni asked what was going on, defendants Mahoney and Elliott seized him using unnecessary and unreasonable force. They did this without probable cause to believe he had committed a crime. They used force on him, injuring him, in full view of Mrs. Yanni. They arrested him and took him into custody in his wife's presence.

COMPLAINT FOR DAMAGES - 2

MACDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961

3.4  After arresting Mr. Yanni, defendants Mahoney and Elliott caused him to be detained for almost two days, and to be charged with and prosecuted for felony assault. They did so knowing he was innocent of that crime, in order to conceal and cover up their own misconduct.

3.5  Mr. Yanni was tried and acquitted on the assault charge. Following his acquittal, some of his trial jurors suggested to him that he should file suit against the officers who arrested him.

3.6  Despite Mr. Yanni's acquittal, and a complaint made by Mrs. Yanni regarding the seizures, the Seattle Police Department took no disciplinary action and in fact ratified the officers' mistreatment of Mr. and Mrs. Yanni and the violation of their constitutional rights.

3.7  The violation of Mr. and Mrs. Yanni's constitutional rights was the proximate and foreseeable result of the policies, customs and usages of the City of Seattle and its police department

3.8  The actions by defendants described above were taken in violation of the plaintiffs' clearly established statutory and constitutional rights.

3.9  As a direct and proximate result of the acts and omissions of defendants, plaintiffs have suffered and will suffer injury and damages, including legal costs and expenses, loss of liberty, physical pain and suffering, medical expenses, loss of earning capacity, emotional distress and loss of the enjoyment of life, loss of sleep, anxiety, humiliation, damage to reputation, all in amounts to be proved at trial.

COMPLAINT FOR DAMAGES - 3

MacDonald Hoague & Bayless
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX (206) 343-3961

## 4. COLOR OF STATE LAW AND AGENCY

4.1     The actions and omissions of the defendants set out in paragraphs 3.1-3.9 above were all engaged in under color of the laws of the State of Washington and pursuant to and as a result of the policies, customs and usages of the City of Seattle.

4.2     At all relevant times, defendants Mahoney and Elliott were acting within the scope of their employment by the City of Seattle.

## 5. CLAIM ALLEGATIONS

### Civil Rights Violations

5.1     By virtue of the facts set forth in paragraphs 3.1 through 3.9 above, the defendants are liable for compensatory and punitive damages for deprivation of plaintiffs' civil rights guaranteed by the Fourth and Fourteenth Amendments of the Constitution of the United States and 42 U.S.C. §1983.

## 6. PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for judgment against defendants as follows:

6.1     For compensatory damages on all of their claims in an amount to be proved at the time of trial, including liquidated damages to the extent available under law;

6.2     For punitive damages from defendants Mahoney and Elliott;

6.3     For costs of suit, disbursements and reasonable attorneys' fees pursuant to 42 U.S.C.S. §1988; and

6.4     For such other and further relief as the court deems just and proper.

COMPLAINT FOR DAMAGES - 4

MacDonald Hoague & Bayless
1500 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1745
(206) 622-1604
FAX: (206) 343-3961

DATED this 16th day of April, 2004.

MacDONALD, HOAGUE & BAYLESS

By _[signature]_
Katrin E. Frank, WSBA #14786
Timothy K. Ford, WSBA #5986
Cristobal Joshua Alex, WSBA #31993
Attorneys for Plaintiffs
COMPLAINT FOR DAMAGES - 5

MacDONALD HOAGUE & BAYLESS
1500 HOGE BUILDING
705 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1745
(206) 622-1604
FAX: (206) 343-3961