UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IMAD YANNI, *et al.*,

    Plaintiffs,

  v.

CITY OF SEATTLE, *et al.*,

    Defendants.

Case No. C04-0896L

ORDER REGARDING
MOTIONS *IN LIMINE*

The Court orders as follows regarding the parties' pending motions *in limine*:[1]

(1) Plaintiffs' Motion *in Limine* Regarding Indemnification and the Defendants' Prior Records (Dkt. #76) is unopposed and therefore GRANTED.

(2) Defendants' Motion *in Limine* (Dkt. #77) is GRANTED as to items ##1, 2, 4, 5, and 6, and DENIED as to item #3.

(3) Defendants' Supplemental Motion *in Limine* to exclude all testimony and evidence concerning the filing and stipulated dismissal of the counterclaims against MaryAnn Yanni and

---

[1] Some of these motions *in limine* may need to be revisited if the officers' malicious prosecution claims are allowed to go forward.

ORDER REGARDING
MOTIONS *IN LIMINE*

1 | by the City (Dkt. #80) is GRANTED.

3 |     DATED this 2nd day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28 | ORDER REGARDING
MOTIONS *IN LIMINE*